UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In the Matter of the Arbitration Between | : No. 14-CV-3435-KPF |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and its related insurers, | : ECF CASE |
| | : **NOTICE OF VOLUNTARY** |
| | : **DISMISSAL** |
| Petitioner, | |
| - against - | |
| ARENA FOOTBALL ONE, LLC, | |
| Respondent. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that Petitioner National Union Fire Insurance Company of Pittsburgh, Pa., on behalf of itself and its related insurers, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: New York, New York<br>July 21, 2014 | SIDLEY AUSTIN LLP<br><br>    /s/ Andrew D. Hart<br>By: _____<br>Nicholas P. Crowell<br>ncrowell@sidley.com<br>Andrew D. Hart<br>ahart@sidley.com<br>Francesca E. Brody<br>fbrody@sidley.com<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>*Attorneys for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa.* |